Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for ALEKSEY NECHITAYLO, Plaintiff

CRIS C. VAUGHAN, State Bar Number 99568
VAUGHAN & ASSOCIATES
6207South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Fax: (916) 660-9378

Attorney for THE WEDUM FAMILY LIMITED PARTNERSHIP, a California partnership, Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| ALEKSEY NECHITAYLO | ) | Case No. 2:13-CV-01001-JAM-CKD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | *Civil Rights* |
| vs. | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| THE WEDUM FAMILY LIMITED | ) | **EXTEND TIME FOR JOINT** |
| PARTNERSHIP, a California partnership, | ) | **STATUS REPORT** |
| and DOES 1 through 20 inclusive, | ) | |
| Defendants. | ) | |
| | ) | |
| . | ) | |
| | ) | |

## STIPULATION

Plaintiff ALEKSEY NECHITAYLO and Defendant THE WEDUM FAMILY LIMITED PARTNERSHIP, by and through their attorneys of records, hereby stipulate to extend time for submitting a joint status report as required by the Court's May 21, 2013 Order to August 20, 2013.

**IT IS SO STIPULATED.**

Dated:                                       By:            /s/Irene Karbelashvili
                                             Irene Karbelashvili, Attorney for Plaintiff
                                             ALEKSEY NECHITAYLO


Dated:                                       VAUGHAN & ASSOCIATES

                                             By:            /s/ Cris C. Vaughan
                                             Cris C. Vaughan, Attorney for THE WEDUM
                                             FAMILY LIMITED PARTNERSHIP


## FILER'S ATTESTATION

Pursuant to Local Rule 131(e), I hereby attest that on August 16, 2013, I, Irene Karbelashvili, received the concurrence of Cris C. Vaughan in the filing of this document


                                             By:            /s/ Irene Karbelashvili
                                                     IRENE KARBELASHVILI

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The time for submitting the Joint Status Report required by the Court's May 21, 2013 Order is extended to August 20, 2013.

Dated: 8/19/2013

                                        /s/ John A. Mendez_____
                                        JUDGE JOHN A. MENDEZ