Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorney for ALEKSEY NECHITAYLO, Plaintiff

CRIS C. VAUGHAN, State Bar Number 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Fax: (916) 660-9378

Attorney for THE WEDUM FAMILY LIMITED PARTNERSHIP, a California partnership, Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO<br>    Plaintiff,<br><br>vs.<br><br>THE WEDUM FAMILY LIMITED PARTNERSHIP, a California partnership, and DOES 1 through 20 inclusive,<br>    Defendants.<br><br>. | Case No. 2:13-CV-01001-JAM-CKD<br><br>*Civil Rights*<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JOINT STATUS REPORT** |

## STIPULATION

Plaintiff ALEKSEY NECHITAYLO and Defendant THE WEDUM FAMILY LIMITED PARTNERSHIP, by and through their attorneys of records, hereby stipulate to extend time for submitting a joint status report as required by the Court's May 21, 2013 Order to August 20, 2013.

**IT IS SO STIPULATED.**

Dated:                                By:          /s/Irene Karbelashvili
                                      Irene Karbelashvili, Attorney for Plaintiff
                                      ALEKSEY NECHITAYLO

Dated:                                VAUGHAN & ASSOCIATES

                                      By:          /s/ Cris C. Vaughan
                                      Cris C. Vaughan, Attorney for THE WEDUM
                                      FAMILY LIMITED PARTNERSHIP

## FILER'S ATTESTATION

Pursuant to Local Rule 131(e), I hereby attest that on August 16, 2013, I, Irene Karbelashvili, received the concurrence of Cris C. Vaughan in the filing of this document

                                      By:          /s/ Irene Karbelashvili
                                             IRENE KARBELASHVILI

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The time for submitting the Joint Status Report required by the Court's May 21, 2013 Order is extended to August 20, 2013.

Dated: 8/19/2013

/s/ John A. Mendez_____
JUDGE JOHN A. MENDEZ