1  CRIS C. VAUGHAN, State Bar Number 99568
   VAUGHAN & ASSOCIATES
2  6207 So. Walnut Street, Suite 800
   Loomis, CA 95650
3  Telephone: 916-660-9401
   Fax: 916-660-9378
4
   Attorney for Defendant
5  THE WEDUM FAMILY LIMITED PARTNERSHIP

6

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | ALEKSEY NECHITAYLO,              )   Case No. 2:13-CV-01001-JAM-CKD
                                      )
12 |        Plaintiff,                )   STIPULATION REGARDING
                                      )   INJUNCTIVE RELIEF
13 | vs.                              )
                                      )
14 | THE WEDUM FAMILY LIMITED         )   Date:   August 17, 2015
     PARTNERSHIP, a California        )   Time:   9:00 a.m.
15 | partnership, and DOES 1 through  )   Judge:  Hon. John A. Mendez
     20 inclusive,                    )
16 |        Defendants.               )
                                      )
17                                    )
                                      )
18

19      Plaintiff, ALEKSEY NECHITAYLO and Defendant, THE WEDUM FAMILY
20 LIMITED PARTNERSHIP, through their respective counsel, stipulate that the Court issue as
21 part of its judgment, an injunction directing Defendant to complete alterations of the subject
22 property within one hundred eighty (180) days of the issuance of the Court's judgment as
23 follows,:
24      1.   Provide an accessible route from the public transportation site to the building
25 entrance;
26      2.   Provide an accessible route of travel from the accessible parking space access
27 aisle to the building entrance;
28      3.   Remove abrupt vertical changes along the accessible route from the disabled

Page 1 of 2

1 parking space access aisle to the building entrance;

2     4.     Paint the access aisle perimeter boundary line in blue;

3     5.     Paint the words "No Parking" in white within the disabled parking space access aisle;

6     6.     Provide directional signage to the building entrance;

7     7.     Replace floor tile near exit door and refrigeration units so that the accessible route is a stable and firm surface; and

8     8.     Install signs offering assistance at refrigeration units.

**IT IS SO STIPULATED.**

Dated: August 18, 2015                    LAW OFFICE OF IRENE KARBELASHVILI

BY:     /s/ Irene Karbelashvili
         IRENE KARBELASHVILI
         Attorney for Plaintiff,
         ALEKSEY NECHITAYLO

Dated: August 18, 2015                    VAUGHAN & ASSOCIATES

BY:     /s/ Cris C. Vaughan
         CRIS C. VAUGHAN
         Attorney for Defendant,
         THE WEDUM FAMILY LIMITED
         PARTNERSHIP

**ORDER**

Based on the parties' stipulation and good cause appearing, the Court's judgment in this matter shall include an injunctive relief order as described above.

Dated: August 19, 2015

JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE