**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for ALEKSEY NECHITAYLO, Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY NECHITAYLO ) | Case No. 2:13-CV-01001-JAM-CKD |
| ) | |
| Plaintiff, ) | **JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| THE WEDUM FAMILY LIMITED ) | |
| PARTNERSHIP, a California partnership, ) | |
| ) | |
| Defendant. ) | |

Based on the findings of fact and conclusions of law issued on September 9, 2015 (ECF No. 91), judgment is ordered in favor of Plaintiff. Defendant is ordered to do the following:

1) Defendant shall pay Plaintiff $20,000 in statutory damages.
2) Defendant is to complete the following alterations on the store no later than March 7, 2016:
   a. Provide an accessible route from the public transportation site to the building entrance;
   b. Provide an accessible route of travel from the accessible parking space access aisle to the building entrance;
   c. Remove the abrupt vertical changes along the accessible route from the disabled parking space access aisle to the building entrance;

Case No. 2:13-CV-01001-JAM-CKD

        d. Paint the access aisle perimeter boundary line in blue;

        e. Paint the words "No Parking" in white within the disabled parking space access aisle;

        f. Provide directional signage to the building entrance;

        g. Replace floor tile near exit door and refrigeration units so that the accessible route is a stable and firm surface; and

        h. Install signs offering assistance at refrigeration units.

IT IS SO ORDERED.

Dated: September 21, 2015                        /s/ John A. Mendez
                                                     JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT JUDGE